UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-22074-CIV-MARTINEZ-BANDSTRA

FRANCISCO CANINO,

    Plaintiff,

vs.

ALBERTO R. GONZALEZ, et al.,

    Defendants.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Stipulation of Dismissal without Prejudice **(D.E. No. 8)**, filed on **October 12, 2006**.  It is:

**ADJUDGED** that this action is **DISMISSED without prejudice**.  It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of October, 2006.

*Jose E. Martinez*

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record